IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SOLOMON EVERFIELD, III | § | |
| VS. | § | CIVIL ACTION NO. 9:24-cv-1 |
| IAH DETENTION CENTER FACILITIES MEDICAL DEPARTMENT | § | |

## ORDER

Pending before the court is Plaintiff's Motion for Extension of Time (ECF No. 6) in which he requests an extension of time to pay the filing fee in this action.  Plaintiff states that due to the condition of the facility in which he is confined he has been unable to promptly respond.  Plaintiff submitted a partial payment of $200.00 along with his motion for extension of time.  After due consideration of Plaintiff's motion, the court is of the opinion that Plaintiff's motion for extension of time should be granted.  It is

**ORDERED** that Plaintiff's Motion for Extension of Time is **GRANTED**.  Plaintiff shall have an additional thirty (30) days from the date of this order to pay the remainder of the full $405.00 filing fee, $205.00.  Failure by the Plaintiff to comply with this order may lead to a recommendation that the lawsuit be dismissed, with or without prejudice, for failure to prosecute or to obey any order of the Court.  *See* FED. R. CIV. P. 41(b).

SIGNED this 24th day of May, 2024.

_____
Zack Hawthorn
United States Magistrate Judge