IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SOLOMON EVERFIELD, III | § | |
| VS. | § | CIVIL ACTION NO. 9:24-cv-1 |
| IAH DETENTION CENTER FACILITIES MEDICAL DEPARTMENT | § | |

## ORDER

On May 10, 2024, Plaintiff submitted a partial payment of $200.00 toward the full filing fee of $405.00, along with a motion for extension of time to pay the remainder.  On June 18, 2024, Plaintiff submitted another partial payment of $200.00 toward the filing fee.  Interpreted liberally, Plaintiff's payment is construed as a motion for second extension of time.  After due consideration of Plaintiff's motion, the court is of the opinion that Plaintiff's second motion for extension of time should be granted.  It is

**ORDERED** that Plaintiff's Second Motion for Extension of Time is **GRANTED**.  Plaintiff shall have an additional thirty (30) days from the date of this order to pay the remainder of the full $405.00 filing fee, $5.00.  Failure by the Plaintiff to comply with this order may lead to a recommendation that the lawsuit be dismissed, with or without prejudice, for failure to prosecute or to obey any order of the Court.  *See* FED. R. CIV. P. 41(b).

SIGNED this 21st day of June, 2024.

_____
Zack Hawthorn
United States Magistrate Judge