IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SOLOMON EVERFIELD, III | § | |
| VS. | § | CIVIL ACTION NO.  9:24-cv-1 |
| IAH DETENTION CENTER FACILITIES MEDICAL DEPARTMENT | § | |

ORDER AND NOTICE OF DEFICIENCY

On December 18, 2023, Plaintiff filed a hand-written complaint.  A review of the complaint, however, reveals that Plaintiff should file a formal complaint using a Civil Rights Complaint form specifically identifying any claims he wishes to bring, the parties to the lawsuit, a statement of his claims, the relief requested, and additional background information.  It is therefore

**ORDERED** that Plaintiff shall, within twenty (20) days from the date of this Order, submit a completed and signed Civil Rights Complaint form.  The Clerk of Court is **DIRECTED** to mail to Plaintiff a Prisoner's Civil Rights Complaint form along with his copy of this Order.  Plaintiff's failure to comply with this Order may result in the dismissal of this action for want of prosecution pursuant to FED. R. CIV. P. 41(b) with or without further warning.

SIGNED this 19th day of July, 2024.

_____
Zack Hawthorn
United States Magistrate Judge