IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

SOLOMON EVERFIELD, III §

VS. §                    CIVIL ACTION NO. 9:24cv1

IAH DETENTION CENTER FACILITIES §
MEDICAL DEPARTMENT

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Solomon Everfield, III, a prisoner confined at the IAH Detention Center located in Livingston, Texas, proceeding *pro se*, brings the above-styled lawsuit.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Plaintiff submitted this handwritten complaint along with three other inmates. After review of the complaint and the severance of the three other inmates' claims, the undersigned determined plaintiff should file a formal complaint using a Civil Rights Complaint form provided by the Clerk of Court and specifically identify any claims he wishes to bring, the parties to the lawsuit, a statement of his claims, the relief requested, and any additional background information. Accordingly, on July 19, 2024, plaintiff was ordered to submit an amended complaint on a Civil Rights Complaint form setting forth his claims. Plaintiff's compliance was due on or before the expiration of twenty days from the date of the order.

FED. R. CIV. P. 41(b) authorizes the district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co.,* 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962).

As of this date, plaintiff has not submitted an amended complaint on a completed and signed complaint form, as ordered. Therefore, plaintiff has failed to diligently prosecute this action. Accordingly, this case should be dismissed for want of prosecution pursuant to FED. R. CIV. P. 41(b).

### Recommendation

This case should be dismissed without prejudice pursuant to FED. R. CIV. P. 41(b).

### Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 16th day of September, 2024.

_____
Zack Hawthorn
United States Magistrate Judge